IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SHARHAN, | |
|     Plaintiff, | No. C 07-02045 JSW |
| v. | |
| ROBERT MUELLER III, ET AL., | **ORDER TO SHOW CAUSE** |
|     Defendants. | |

Petitioner Ali Sharhan has filed a complaint seeking a writ of mandamus under 28 U.S.C. § 1361. The Court hereby issues an ORDER TO SHOW CAUSE why the writ should not be granted. Defendants shall file responsive papers to the complaint by June 1, 2007. Plaintiff may file a reply by June 15, 2007. Plaintiff shall serve this Order on Defendants and file a proof of such service with the Court by no later than May 14, 2007.

IT IS FURTHER ORDERED that a hearing on the petition will be conducted on July 27, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 9, 2007

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE