SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI SHARHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT S. MUELLER, III, Director, Federal Bureau of Investigations;<br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security;<br>DAVID STILL, District Director, U.S. Citizenship and Immigration Services (USCIS);<br>EMILIO GONZALES, Director USCIS;<br>TERRY RICE, San Francisco Field Office Director, USCIS,<br><br>　　　　　Defendants. | No. C 07-2045 JSW<br><br>**STIPULATION TO EXTEND DATES and [PROPOSED] ORDER** |

　　Plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to an extension of the due dates of the parties' responses to the Court's May 9, 2007 Order to Show Cause and to extend the initial case management conference for the following reasons:

　　1. The plaintiff filed his mandamus action on April 11, 2007.

　　2. The plaintiff served the United States Attorney's Office on April 16, 2007.

　　3. This Court issued an Order to Show Cause on May 9, 2007, directing the defendants to

Stip. to Extend Time
C07-2045 JSW　　　　　　　　　　　　　　1

show cause by June 1, 2007, and plaintiff may file a response to defendants' filing by June 15, 2007, but defendants were never served with the OSC and first learned of the OSC on July 11, 2007.

4. The parties believe that there is a likelihood that this case may be administratively resolved without further litigation as defendants have requested an expedite of plaintiff's security check. Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file a response to the OSC | August 1, 2007 |
| Last day for Plaintiff to file a response | August 15, 2007 |
| Last day to file/serve Joint Case Management Statement: | August 17, 2007 |
| Case Management Conference: | August 24, 2007, at 1:30 p.m. |

Date: July 11, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: July 11, 2007

_____/s/_____
ELIAS Z. SHAMIEH
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 12, 2007

_____
JEFFREY S. WHITE
United States District Judge

Stip. to Extend Time
C07-2045 JSW   2