1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | ALI SHARHAN,                          )
                                          ) No. C 07-2045 JSW
13 |         Plaintiff,                   )
                                          )
14 |     v.                               )
                                          ) **STIPULATION FOR DISMISSAL; and**
15 | ROBERT S. MUELLER, III, Director,    ) ~~[PROPOSED]~~ **ORDER**
Federal Bureau of Investigations;        )
16 | MICHAEL CHERTOFF, Secretary,         )
Department of Homeland Security;         )
17 | DAVID STILL, District Director, U.S. )
Citizenship and Immigration Services (USCIS); )
18 | EMILIO GONZALES, Director USCIS;     )
TERRY RICE, San Francisco Field Office   )
19 | Director, USCIS,                     )
                                          )
20 |         Defendants.                  )
                                          )
21 |

22 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice in light of the fact that the United States Citizenship and Immigration

25 | Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so

26 | within 14 days of receiving Plaintiff's updated rap sheet, so long as no new derogatory information

27 | is received by USCIS.  The parties also ask that the Court vacate its May 9, 2007 Order to Show

28 | Cause.

Stip. to Dismiss
C07-2045 JSW                              1

Each of the parties shall bear their own costs and fees.

Date: July 31, 2007                                         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: July 31, 2007                                         _____/s/_____
ELIAS Z. SHAMIEH
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 2, 2007                                     _____
JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C07-2045 JSW                                2